IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:20-CR-00065-M

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| v. | |
| BRITTANY AYANA NICOLE BOYKIN, | |
| Defendant. | |

This matter comes before the court by motion of the Office of the Federal Public Defender to grant Brittany Boykin either:

i) **Option 1:** *11-hour Temporary Release to Part of the Funeral*

Ms. Boykin requests an 11-hour temporary release on Saturday, February 13, 2021, from no earlier than 8:00 am and returning no later than 7:00 p.m the same day so that she may attend her grandmother's funeral; or

ii) **Option 2:** *24-hour Temporary Release to Attend the Funeral & Burial*

Ms. Boykin request a 24-hour temporary release on Saturday, February 13, 2021, from no earlier than 8:00 am and returning no later than 8:00 a.m on February 14, 2021 attend her grandmother's funeral and burial with her family.

For purposes of attending her grandmother's funeral and for good cause shown, it is hereby ORDERED that the twenty-four (24) hour furlough is GRANTED.

The Defendant shall be released at 8:00 a.m. to the custody of Tiffany Boykin on February 13, 2021, from the Brunswick County Jail for purposes of attending the funeral at Hope Valley Hawkins Funeral Chapel, 1246 Hobbton Hwy., Clinton followed by interment in Howard

Cemetery in Salemburg. At all times, the Defendant shall remain in the custody of her mother, Tiffany Boykin. The Defendant shall return to the Brunswick County Jail no later than 8:00 a.m. on February 14, 2021.

SO ORDERED this 12th day of February, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE